UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **PANTECH CORPORATION and PANTECH WIRELESS, LLC,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**LG ELECTRONICS INC., and LG ELECTRONICS U.S.A., INC.,**<br><br>*Defendants*. | **Case No. 5:22-cv-00113-RWS-JBB**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Pantech Corporation and Pantech Wireless, LLC (together, "Pantech") and Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (together, "LGE") jointly move for dismissal with prejudice of all claims by Pantech against LGE, subject to the term of the parties' settlement agreement. The parties further move this Court to order that all costs and expenses relating to this litigation up to the time of dismissal shall be borne by the party incurring same. A proposed order accompanies this motion pursuant to the Local Rules.

Respectfully submitted,

| | |
|---|---|
| */s/ Geoffrey Culbertson* | */s/ Jennifer Doan* |
| Geoffrey Culbertson | Jennifer H. Doan |
| Kelly Tidwell | Texas Bar No. 08809050 |
| PATTON TIDWELL & CULBERTSON, LLP | Mariah L. Hornok |
| 2800 Texas Blvd. (75503) | Texas Bar No. 24113074 |
| Post Office Box 5398 | HALTOM & DOAN |
| Texarkana, TX 75505-5398 | 6500 Summerhill Road, Suite 100 |
| (P) (903) 792-7080 | Texarkana, TX 75503 |
| (F) (903) 792-8233 | Telephone: (903) 255-1000 |
| gpc@texarkanalaw.com | Facsimile: (903) 255-0800 |
| kbt@texarkanalaw.com | Email: jdoan@haltomdoan.com |
| | Email: mhornok@haltomdoan.com |
| James A. Fussell, III | |
| Jamie B. Beaber | James R. Batchelder |
| Saqib J. Siddiqui | (CA Bar No. 136347) |
| Tiffany A. Miller | (Eastern District of Texas Member) |
| Baldine Paul* | James L. Davis, Jr. |
| Clark S. Bakewell | (CA Bar No. 304830) |
| Seth W. Bruneel* | (Eastern District of Texas Member) |
| MAYER BROWN LLP | David S. Chun |
| 1999 K Street, N.W. | (CA Bar No. 315958) |
| Washington D.C. 20006 | (Eastern District of Texas Member) |
| (202) 263-3000 | Daniel W. Richards |
| jbeaber@mayerbrown.com | (CA Bar No. 280595) |
| jfussell@mayerbrown.com | (Eastern District of Texas Member) |
| ssiddqui@mayerbrown.com | **ROPES & GRAY LLP** |
| tmiller@mayerbrown.com | 1900 University Avenue 6th Floor |
| bpaul@mayerbrown.com | East Palo Alto, CA 94303 |
| cbakewell@mayerbrown.com | Telephone: (650) 617-4000 |
| sbruneel@mayerbrown.com | Facsimile: (650) 617-4090 |
| | Email: James.Batchelder@ropesgray.com |
| Graham M. Buccigross | Email: James.L.Davis@ropesgray.com |
| MAYER BROWN LLP | Email: David.Chun@ropesgray.com |
| Two Palo Alto Square, Suite 300 | Email: Daniel.Richards@ropesgray.com |
| 3000 El Camino Real | |
| Palo Alto, CA 94306 | |
| (650) 331-2000 | |
| gbuccigross@mayerbrown.com | |
| Gregory J. Apgar | |
| MAYER BROWN LLP | |
| 1221 Avenue of the Americas | |
| New York, NY 10020 | |
| (212) 506-2500 | |
| gapgar@mayerbrown.com | |

**JOINT MOTION TO DISMISS** – Page 2

| | |
|---|---|
| Luiz Miranda<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>lmiranda@mayerbrown.com<br>(* pro hac vice application to be filed)<br><br>**COUNSEL FOR PLAINTIFFS**<br>**PANTECH CORPORATION AND**<br>**PANTECH WIRELESS, LLC** | Matthew R. Shapiro<br>(NY Bar No. 5102017)<br>(Eastern District of Texas Member)<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: Matthew.Shapiro@ropesgray.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**DEFENDANTS LG ELECTRONICS INC.**<br>**AND LG ELECTRONICS U.S.A., INC.** |

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 13th day of August, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Geoffrey Culbertson*
Geoffrey Culbertson

## CERTIFICATE OF CONFERENCE

The undersigned certifies that pursuant to Local Rule CV-7(h), counsel for Pantech conferred with counsel for LGE on August 13, 2024. All parties agree to the filing of this joint motion.

*/s/ James A. Fussell, III*
James A. Fussell, III