# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **PANTECH CORPORATION and PANTECH WIRELESS, LLC,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**LG ELECTRONICS INC., and LG ELECTRONICS U.S.A., INC.,**<br><br>*Defendants*. | **Case No. 5:22-cv-00113-RWS-JBB**<br><br>**JURY TRIAL DEMANDED** |

# ORDER

The Joint Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a) is **GRANTED**. All claims of Plaintiffs Pantech Corporation and Pantech Wireless, LLC are **DISMISSED WITH PREJUDICE**, subject to the terms of the parties' settlement agreement. Each party shall bear its own costs.

**ORDER** – Solo Page