# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| **PANTECH CORPORATION and PANTECH WIRELESS, LLC,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**LG ELECTRONICS INC., and LG ELECTRONICS U.S.A., INC.,**<br><br>*Defendants*. | **Case No. 5:22-cv-00113-RWS-JBB**<br><br>**JURY TRIAL DEMANDED** |

## FINAL JUDGMENT

All claims of Plaintiffs Pantech Corporation and Pantech Wireless, LLC have been dismissed with prejudice. This matter has now been completely resolved, and the Court enters Final Judgment. It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and all costs are to be borne by the party that incurred them. Any remaining relief requested by any party is **DENIED**.

**FINAL JUDGMENT** – Solo Page